STATE OF OKLAHOMA       )
                        ) SS:
COUNTY OF Caddo         )

SWORN STATEMENT OF   James Ezell III

I, James Ezell, being of lawful age, duly sworn according to law, gives the following statement under oath, to-wit:

On 1/13/23 an incident happened on House 1 S.T.G unit to me James Ezell at L.C.F after being placed on this unit under direction of D.O.C per 4/m West and L.T. Rogers

On 3/31/23 L.T. Cooper over the L.C.F S.T.G unit placed me on a list for the S.T.G status to be removed / paperwork response R.T.S

On 4/12/23 D.O.C grievance filed at L.C.F facility head partial relief granted base on the known facts of incident of 1/13/23

On 4/24/23 Appeal to Review Authority Mark Knutson Designee of O.D.D.C using the Newly discovered / available information box exhaustion recieved 5/22/23

On 5/23/23 here at Hinton the D.O.C "OIG agent placed me on S.T.G unit intentionally" on 5/24/23 the affiant above was placed on S.T.G. unit

On 5/25/23 I provided 23-7007 deadline

I, state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct. Title 12 O.S. § 426; 28 U.S.C.A. § 1746.

6-28-23

Date and Place                              Signature

Exhibit G